RECEIVED
IN LAKE CHARLES, LA

OCT 22 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MEMORIAL PLAZA, ET AL | : | DOCKET NO. 2:06 CV 1772 |
| V. | : | JUDGE MINALDI |
| SHELTER INSURANCE COMPANY, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that Plaintiffs' motion to remand is DENIED. Summary judgment is granted in favor of Martin Byrley and Martin Byrley Insurance dismissing claims against them with prejudice. It is further ordered that the motions to dismiss the motion to remand are denied.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 18 day of October, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE